VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Melody Dorsey
fka Melody Barker*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELODY DORSEY, formerly known as MELODY BARKER<br><br>Plaintiff,<br><br>v.<br><br>EQUIANT FINANCIAL SERVICES INC., and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No.: 2:17-cv-01537-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Upon agreement between Plaintiff Melody Dorsey ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. shall be dismissed from this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED this 16th day of August, 2017.**

THE LAW OFFICE OF VERNON NELSON

By   /s/ Vernon Nelson
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV   89123
Tel:  702-476-2500
Fax:  702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Melody Dorsey fka Melody Barker*

NAYLOR & BRASTER

 /s/ *Jennifer Braster*
JENNIFER L. BRASTER, ESQ.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
Email:jbraster@naylorandbrasterlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

## ORDER

**IT IS SO ORDERED.**  Per the stipulation of the parties, Defendant EXPERIAN INFORMATION SOLUTIONS, INC. shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED**. Per the stipulation of the parties, Plaintiff MELODY DORSEY and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. shall bear their own costs and attorneys' fees.

DATED THIS 17th day of August 2017.

UNITED STATES DISTRICT COURT JUDGE